UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

B.T., *individually and on behalf of C.A., a child with a disability*,

                                  Plaintiff,

                -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2020

ORDER

19 Civ. 10895 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from July 15, 2020 to September 30, 2020 at 9:30 am.

Dated: New York, New York
       July 7, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge