UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
B.T., *individually and on behalf of C.A., a child with a disability*,

                                Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **MAR 1 1 2021**

ORDER

19 Civ. 10895 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge